1  KAREN E. POINTER, ESQ. (State Bar No. 175063)
   GLENN E. LERMAN, ESQ. (State Bar No. 142840)
2  LERMAN & POINTER LLP
   12100 Wilshire Boulevard, Suite 600
3  Los Angeles, California  90025
   Telephone:    (310) 229-9800
4  Facsimile:    (310) 229-9804

5  Attorneys for Defendant Blackstone Consulting, Inc.

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10  LORENA LEDEZMA,                    )   CASE NO.: 3:11-CV-04376-JCS
                                       )
11        Plaintiff,                   )
                                       )
12        v.                           )   JOINT STIPULATION OF THE PARTIES TO
                                       )   CONTINUED CASE MANAGEMENT
13  BLACKSTONE CONSULTING, INC.,       )   CONFERENCE
                                       )
14                                     )
          Defendant.                   )   Conference Date:   December 14, 2012
15                                     )   Time:              9:30 a.m.
                                       )   Courtroom:         G
16                                     )
                                       )
17  _____ )

18

19

20        This stipulation is entered into by and between Plaintiff Lorena Ledezma ("Ledezma")

21  and Defendant Blackstone Consulting, Inc. ("BCI").  Ledezma and BCI represent to the Court,

22  agree and stipulate as follows:

23        WHEREAS, Ledezma filed this lawsuit on September 1, 2011;

24        WHEREAS, on September 1, 2011, the Court issued an Order Setting Initial Case

25  Management Conference and ADR Deadlines in this matter, setting the Initial Case

26  Management Conference for December 16, 2011 at 1:30 p.m. in Courtroom G of this Court,

27  located at 15th Floor, 450 Golden Gate Avenue, San Francisco CA;

28

1    WHEREAS, on November 18, 2011, the Court issued a Clerk's Notice advancing the

2 Initial Case Management Conference to December 14, 2011 at 9:30 a.m. in the same location;

3    WHEREAS, on December 5, 2011, the Summons and Complaint in this matter were

4 placed in the United States Mail, certified, return receipt requested, by the United States

5 Marshall's Office;

6    WHEREAS, on or about December 7, 2011, Defendant BCI received the Summons and

7 Complaint in the mail;

8    WHEREAS, the Clerk's Notice regarding the advancement of the Initial Case

9 Management Conference was not served along with the Summons and Complaint.

10    WHEREAS, on December 9, 2011, Lerman & Pointer LLP was retained by BCI to

11 represent BCI in the defense of matter.

12    WHEREAS, on December 12, 2011, Karen E. Pointer of Lerman & Pointer LLP

13 checked the online docket for this matter and only then learned that an Initial Case Management

14 Conference was scheduled for December 14, 2011;

15    WHEREAS, Lerman & Pointer LLP has had insufficient time to review documents and

16 conduct an investigation into the allegations in the Complaint;

17    WHEREAS, the parties have not had an opportunity to meet and confer regarding

18 matters necessary to meaningfully participate in the Initial Case Management Conference on

19 December 14 2011, including, without limitation, initial disclosures, early settlement, ADR

20 process selection, and discovery plan;

21    WHEREAS, the parties agree that additional time is needed to complete relevant

22 investigations and meet and confer in preparation for the Initial Case Management Conference;

23    IT IS THEREFORE STIPULATED THAT the Initial Case Management Conference in

24 this matter be continued to a date convenient for the Court that is at least 60 days from the date

25 of this stipulation.

26

27

28

1    IT IS SO STIPULATED.

2

3    Dated:  December 13. 2011

                                        Lorena Ledezma

4

5

6    Dated:   December 13, 2011              LERMAN & POINTER LLP

7

8                                      By: _____
                                           Karen E. Pointer, Esq.
9                                          Attorneys for Defendant Blackstone Consulting,
                                           Inc.

10

11

12   PURSUANT TO STIPULATION, IT IS SO ORDERED . The case management conference is

13   continued to Feb. 17, 2012 at 1:30 p.m. Joint cmc statement due by Feb. 10, 2012.

14   Dated: December 14 , 2011             _____
                                          Hon. Joseph C. Spero
15                                        Magistrate Judge of the United States District Court

16

17                                        IT IS SO ORDERED
                                          AS MODIFIED
                                          Judge Joseph C. Spero

18

19

20

21

22

23

24

25

26

27

28

                                        -iii-