1  KAREN E. POINTER, ESQ. (State Bar No. 175063)
   LERMAN & POINTER LLP
2  12100 Wilshire Boulevard, Suite 600
   Los Angeles, California 90025
3  Telephone:  (310) 229-9800
   Facsimile:  (310) 229-9804
4  kpointer@lplawllp.com

5  Attorneys for Defendant Blackstone Consulting, Inc.

6

7                    UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

9

10 LORENA LEDEZMA,                       )  CASE NO.: 3:11-CV-04376-JCS
                                         )
11      Plaintiff,                       )  *Assigned to the Honorable Joseph C. Spero -
                                         )  Courtroom G*
12      v.                               )
                                         )  NOTICE OF CHANGE OF COUNSEL
13 BLACKSTONE CONSULTING, INC.;          )
   and DOES 1 TO 10,                     )
14                                       )
                                         )
15      Defendants.                      )
                                         )
16 _____ )

17

18      TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19      PLEASE TAKE NOTICE THAT Richard A. De Liberty of Kohut & Kohut LLP is no

20 longer associated with this action on behalf of Defendant Blackstone Consulting, Inc.

21 Defendant Blackstone Consulting, Inc. continues to be represented by Karen E. Pointer of

22 Lerman & Pointer LLP. Please update the record accordingly.

23

24                                          Respectfully Submitted,

25 Dated: December 30, 2011                 **LERMAN & POINTER LLP**

26 Dated: 1/3/12

27                                          By:_____/S/_____
                                               Karen E. Pointer
28                                             Attorneys for Blackstone Consulting, Inc.
                                                      1

*[Court seal: IT IS SO ORDERED, Judge Joseph C. Spero, United States District Court Northern District of California]*

Notice of Change in Counsel - Case No. 3:11-CV-04376-JCS

**PROOF OF SERVICE**
**Lorena Ledezma v. Blackstone Consulting, Inc., and DOES 1 to 10**
**Case No.: 3:11-CV-04376-JCS**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12100 Wilshire Boulevard, Suite 600, Los Angeles, California 90025.

On December 30, 2011, I served the foregoing document(s) described as: NOTICE OF CHANGE IN COUNSEL on the interested parties in this case as follows:

| | |
|---|---|
| Ms. Lorena Ledezma<br>131 Leeds Avenue<br>King City, California  93930 | Richard A. De Liberty<br>Kohut & Kohut LLP<br>3554 Round Barn Boulevard<br>Suite 204<br>Santa Rosa, CA 95403 |

**XX      ECF SYSTEM**

By filing the document(s) listed above with the Court's Electronic Case Filing System. I am informed and believe that the documents will be electronically served on all individuals registered with such system.

**XX      BY MAIL** (For Individuals not registered with the ECF System)

_____I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

  XX   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

Executed on December 30, 2011, at Los Angeles, California.

XX      (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Lori Santo                                                                /s/ Lori Santo
Print Name                                                              Declarant